UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SCOTT GRUEL,<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON INGALLS INDUSTRIES, INC., *et al.,*<br><br>Defendants. | Civil Action No. 19-2289 (TFH)<br><br><u>FILED UNDER SEAL</u> |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

Relator has filed a Notice of Voluntary Dismissal of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States further requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed order accompanies this notice.

\* \* \*

Dated: March 27, 2020
      Washington, DC

                      Respectfully submitted,

                      JOSEPH H. HUNT
                      Assistant Attorney General

                      TIMOTHY J. SHEA, D.C. Bar #437437
                      United States Attorney

                      DANIEL F. VAN HORN, D.C. Bar #924092
                      Chief, Civil Division, U.S. Attorney's Office

By:       /s/*Paul A. Mussenden*
      PAUL A. MUSSENDEN
      Assistant United States Attorney
      555 Fourth Street, NW
      Washington, DC 20530
      (202) 252-7874

ANDREW J. MAO
ALLISON CENDALI
BRANDIE N. WEDDLE
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 307-0278

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SCOTT GRUEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUNTINGTON INGALLS INDUSTRIES, INC., *et al.,*<br><br>　　　　　Defendants. | Civil Action No. 19-2289 (TFH)<br><br><u>FILED UNDER SEAL</u> |

## [PROPOSED] ORDER

Relator having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS ORDERED** that,

1. This action is **DISMISSED WITHOUT PREJUDICE** as to the Relator and as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

**SO ORDERED** this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS F. HOGAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -

**To the Clerk: Please send copies of the foregoing Order to**:

Paul A. Mussenden (Paul.Mussenden@usdoj.gov)
U.S. Attorney's Office Drop Box in Clerk's Office

Peter W. Chatfield
Claire M. Sylvia
Phillips & Cohen LLP
2000 Massachusetts Avenue
Washington, DC 20036
Tel: (202) 833-4578
Fax: (202) 833-1815
pchatfield@phillipsandcohen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of March, 2020, I caused a true and correct copy of the foregoing to be served on Relator, through counsel, by first-class mail to:

Peter W. Chatfield
Claire M. Sylvia
Phillips & Cohen LLP
2000 Massachusetts Avenue
Washington, DC 20036
Tel: (202) 833-4578
pchatfield@phillipsandcohen.com

/s/ *Paul A. Mussenden*
PAUL A. MUSSENDEN
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530